Marcus A. Torigian (169421)
Law Offices of Marcus A. Torigian
2117 Selma Street
Selma, California 93662
Tel:    (559) 898-0485
Fax:    (559) 898-0846

Attorney for PHILLIP KONRAD LIPSCOMB

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**YOSEMITE DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>PHILLIP KONRAD LIPSCOMB,<br><br>　　　　Defendant. | Case No: 6:06-mj-00175-WMW<br><br>WAIVER OF PERSONAL APPEARANCE BY DEFENDANT PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 43 |

　　　　Pursuant to Federal Rules of Criminal Procedure, rule 43(b)(2), Phillip Konrad Lipscomb, misdemeanor defendant in the above-entitled hereby waives personal appearance at arraignment, plea, hearings, conferences, trial, and sentencing.

Dated:　　　September 19,　2006　　　　/s/ Phillip Konrad Lipscomb
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Phillips Konrad Lipscomb, Defendant

Dated:　　　September 22,　2006　　　　/s/ Marcus A. Torigian
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Marcus A. Torigian, Attorney for Defendant

IT IS SO ORDERED.

**Dated:　　September 26, 2006　　　　　　/s/  William M. Wunderlich**
mmkd34　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE